M. P. No. 1675. COMMUNITY HOTEL CORPORATION OF NEW-PORT, RHODE ISLAND *v.* JOHN J. EGAN. Defendant's motion to quash writ of certiorari and to vacate the order entered on March 16, 1972 is granted as prayed, and the matter is remanded to the Superior Court for Newport County. Roberts, C.J., and Joslin, J., not participating. *Gunning, LaFazia, Gnys & Selya, Guy G. Wells,* for plaintiff. *Roberts & Willey, Inc., Bruce G. Tucker, David W. Carroll,* for defendant.

M. P. No. 1755. ARAM K. BERBERIAN *v.* HOUSING BOARD OF REVIEW OF THE CITY OF CRANSTON. Appellant's motion to strike appellee's brief is denied. Joslin, J., not participating. *Aram K. Berberian,* appellant, pro se. *Jeremiah S. Jeremiah, Jr.,* Asst. City Solicitor, for appellee.

M. P. No. 1983. SEARS, ROEBUCK & CO. *v.* JOHN H. NORBERG, *Tax Administrator.* In light of decision in *Mart Realty, Inc. v. Norberg,* 111 R. I. 402, 303 A.2d 361, and in view of respondent, in response to petitioner's motion, stating that he raises no objection thereto, the motion is granted: the petition for certiorari is granted, the judgment entered in the Superior Court is quashed, and the case is remitted to the Superior Court for entry of judgment in accordance with the prayers in the petition. Joslin, J., not participating. *Dominic A. St. Angelo,* for petitioner. *Richard J. Israel,* Attorney General, *W. Slater Allen, Jr.,* Special Asst. to the Attorney General. *Perry Shatkin,* Chief Legal Officer, Taxation, for respondent.

APPEAL No. 73-86. ARAM K. BERBERIAN *v.* JOSEPH A. GALLUCCI. Defendant-appellee's motion to dismiss appeal granted. Joslin, J., not participating. *Aram K. Berberian,* plaintiff-appellant, pro se. *Robert C. Hogan,* for defendant-appellee.

APPEAL No. 73-96. RAYMOND A. MENDILLO *v.* PAUL CHARON *et al.* d/b/a Northeast Expressway. Plaintiff's motion to dismiss defendants' appeal denied. Joslin, J., not participating. *McOsker & Isserlis, Paul A. Lietar,* for plaintiff. *Aram K. Berberian,* for defendants.